IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF
ILLINOIS

CASE NO. 3:11-cv-01117-GPM-SCW

VALERIE MORGAN,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

    Respectfully submitted,
    VALERIE MORGAN

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    IBN: 6271510
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF MAILING

      I, Alex Weisberg, certify that a true and correct copy of the foregoing Notice was served upon counsel of record, Mark A. Fletchall, National Credit Adjusters, LLC, 327 W 4th St., Hutchinson KS 67504, by depositing the same on February 23, 2012, in an envelope with first class postage prepaid thereon.

      By: s/ Alex Weisberg
ALEX D. WEISBERG
IBN: 6271510
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com