IN THE DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF ILLINOIS

CASE NO. 3:11-cv-01117-GPM-SCW

VALERIE MORGAN,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC,

    Defendant.

_____/

## **VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Valerie Morgan dismisses with prejudice and without costs or fees to any party all claims asserted against defendant National Credit Adjusters, LLC, in the above-captioned matter.

Respectfully submitted,
VALERIE MORGAN

By: s/ Alex Weisberg
ALEX D. WEISBERG
IBN: 6271510
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

## **CERTIFICATE OF MAILING**

      I, Alex Weisberg, certify that a true and correct copy of the foregoing Notice was served upon counsel of record, Mark A. Fletchall, National Credit Adjusters, LLC, 327 W 4th St., Hutchinson KS 67504, by depositing the same on March 22, 2012, in an envelope with first class postage prepaid thereon.

                                      By: s/ Alex Weisberg
                                      ALEX D. WEISBERG
                                      IBN: 6271510
                                      WEISBERG & MEYERS, LLC
                                      ATTORNEYS FOR PLAINTIFF
                                      5722 S. Flamingo Road, Ste. 656
                                      Cooper City, FL 33330
                                      (954) 212-2184
                                      (866) 577-0963 fax
                                      aweisberg@attorneysforconsumers.com